LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

DENISE M. REYES,

   Plaintiff,

   v.

KILOLO KIJAKAZI, Commissioner of Social Security,

   Defendant.

No. EDCV 21-01311 ADS

ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THREE HUNDRED AND FORTY-SIX DOLLARS AND 78/100 ($3,346.78) subject to the terms of the stipulation.

DATE:  1/26/2022          /s/ Autumn D. Spaeth
                    HON. AUTUMN D. SPAETH,
                    UNITED STATES MAGISTRATE JUDGE